WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783]
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Phone: (702) 870-3940
Fax:    (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: khanks@lvnvlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

******

| | |
|---|---|
| AURELIA PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS JOHNSON, individually; CENTRAL OREGON TRUCK COMPANY, INC.; individually and DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.   2:09-cv-00296-GMN-LRL <br><br> Hon. Gloria M. Navarro <br><br> (Magistrate Judge Leavitt) <br><br> **MOTION TO EXCUSE DEFENDANTS ATTENDANCE AT SETTLEMENT CONFERENCE** |

Defendants Dennis Johnson and Central Oregon Truck Company, Inc., by and through their attorneys, the law firm of Barron & Pruitt, LLP, hereby request this Court issue an Order excusing Defendants' attendance at the mandatory settlement conference scheduled for January 24, 2011 at 9:30 a.m.

Defendant, Dennis Johnson lives in Oregon and Defendant, Central Oregon Truck Company, Inc.'s business office is located in Oregon. As such, an extreme hardship would be placed on Dennis Johnson and the corporate representative of Central Oregon if they were required to attend the settlement conference here in Las Vegas, Nevada. The corporate representative of Central Oregon, however, can be available by phone to participate in the settlement conference.

In addition to Defendants' counsel, both the adjuster for the underlying insurance policy

614.26

(Liberty Mutual Insurance Company) and the adjuster for the excess insurance policy (Lexington Insurance) will attend the settlement conference. As these are the individuals possessing settlement authority, Defendants request that their attendance at the settlement conference be excused.

DATED this 13th day of January, 2011.

BARRON & PRUITT, LLP

/s/ William H. Pruitt
William H. Pruitt, Esq.
Nevada Bar No. 6783
Karen L. Hanks, Esq.
Nevada Bar No. 9578
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendants*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 1-19-11

- 2 -